172 A.3d 1088

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL E. MITCHELL, DEFENDANT–
PETITIONER.

C–311 September Term 2017
079502

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000675–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1089

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN HELLER, DEFENDANT–PETITIONER.

C–325 September Term 2017
079956

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005819–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.